**GENERAL MOTORS CORPORATION,**
**Respondent,**

v.

**LABOR & INDUSTRIAL RELATIONS COMMISSION OF MISSOURI, Division of Employment Security of Missouri, Defendants,**

**and**

**Arthur Zobel, Appellant.**

**No. 46786.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 15, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 28, 1983.

Application to Transfer Denied
Feb. 15, 1984.

John H. Marshall, Clayton, for appellant.

James E. McDaniel, St. Louis, for respondent.

ORDER

PER CURIAM.

Claimant appeals from the circuit court's decision reversing the Labor and Industrial Relations Commission and disqualifying him from receiving unemployment compensation benefits due to his misconduct.

We affirm the circuit court decision, which reversed the Commission. Rule 84.-16(b).